IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BURREL DAVIS, | ) | |
| Plaintiff, | ) ) | |
| | ) | NO. 3:24-cv-00461 |
| v. | ) ) | |
| | ) | JUDGE CAMPBELL |
| CITY OF LAVERGNE, | ) | MAGISTRATE JUDGE |
| | ) | HOLMES |
| Defendant. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation on Defendant's Motion to Dismiss Amended Complaint (Doc. No. 10), which was filed on September 10, 2024. (Doc. No. 19). In the Report and Recommendation, the Magistrate Judge recommends Defendant's motion be granted in part and this action be dismissed with prejudice because Plaintiff's lawsuit has not been timely filed.

Although the Report and Recommendation advised the parties that any objections must be filed within fourteen days of service, no objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Defendant's motion to dismiss (Doc. No. 10) is **GRANTED** and this action is **DISMISSED** with prejudice.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58, and the Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE